UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,                           Case No. 1:19−cv−165

        v.                                 Hon. Janet T. Neff

HERBRUCK POULTRY RANCH, INC.,

        Defendant.
_____/

## ORDER

       The Court has been informed of the parties' agreement to settle this matter and hereby orders that a stipulated proposed consent decree, prepared for entry by United States District Judge Janet T. Neff, shall be filed with the Court by November 22, 2019.

       IT IS SO ORDERED.


Dated:  October 25, 2019                  /s/ Ellen S. Carmody
                                     ELLEN S. CARMODY
                                     Ellen S. Carmody U.S. Magistrate Judge