UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v

HERBRUCK POULTRY RANCH, INC.,

    Defendant.

Case No. 1:19-cv-00165-JTN-ESC

The Honorable Judge Sally J. Berens

---

MELINDA L. CROOKE,

    Intervenor Plaintiff,

v

HERBRUCK POULTRY RANCH, INC.,

    Defendant.

The Honorable Judge Sally J. Berens

---

**MOTION FOR DISMISSAL OF
INTERVENOR COMPLAINT WITH PREJUDICE**

NOW COME Intervenor Plaintiff Melinda L. Crooke, and Defendant Herbruck Poultry Ranch, Inc., by their respective attorneys and pursuant to Federal Rules of Civil Procedure 41(a)(2) hereby requests that Intervenor Complaint by Melinda L. Crooke be dismissed with prejudice and without the award costs or fees to any party as the parties reached an amicable settlement of her claims. Plaintiff Equal Employment Opportunity Commission is aware of the terms of settlement and does not object to the dismissal.

1

                                        Respectfully Submitted,

Dated: December 6, 2019        WHEELER UPHAM, P.C.

                                        By: _____
                                              Glenn L. Smith (P43156)
                                              Catherine M. Sullivan (P40699)
                                              Attorneys for Intervenor Plaintiff
                                  Business Address:
                                    250 Monroe Avenue NW, Suite 100
                                    Grand Rapids, MI 49503
                                    (616) 459-7100
                                    smith@wuattorneys.com
                                    sullivan@wuattorneys.com

Dated: 12/6/19                     _____ (with permission)
                                      for Dale Price          (P43156)
                                      U.S. Equal Employment Opportunity
                                    Commission
                                    Attorneys for Plaintiff EEOC

Dated: 12/6/19                     _____ (with permission)
                                      for Catherine A. Brainerd   (P43156)
                                    Rhoades McKee PC
                                    Attorneys for Defendant Herbruck