UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

and

MELINDA L. CROOKE,

    Intervenor-Plaintiff,

Case No. 1:19-cv-165

HON. JANET T. NEFF

v.

HERBRUCK POULTRY RANCH, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pending before the Court is the Motion for Dismissal of Intervenor Complaint with Prejudice (ECF No. 33).  The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Motion for Dismissal of Intervenor Complaint with Prejudice (ECF No. 33) is GRANTED; the Intervenor Complaint is DISMISSED with prejudice, and without the award of costs or fees to any party.

This Order closes the case.  The Court will retain jurisdiction to enforce any and all parts of the Consent Decree (ECF No. 31).


Dated:  December 6, 2019

   /s/ Janet T. Neff
JANET T. NEFF
United States District Judge